OSTERHELD, Respondent, v. STAR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1911.) Action by Dudley Oliver Osterheld against the Star Company. No opinion. Motion granted, without costs. See, also, 139 App. Div. 938, 124 N. Y. Supp. 1123.

OSTRO v. McKENNELL. McCLOSKEY et al. v. NEWMARK et al. GOTTLIEB v. PECK & MACK CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Actions by Leo E. Ostro against Thomas A. McKennell, by Louis J. McCloskey and others against Jacob Newmark and others, and by Oscar Gottlieb against the Peck & Mack Company. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 125 N. Y. Supp. 829.

In re OVEROCKER. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) In the matter of the application of George Overocker for a license to practice as an official examiner of title, etc. No opinion. Application granted.

OVERTON, Appellant, v. WYATT, Respondent. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Winfield S. Overton against George Wyatt. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

OVERTON, Appellant, v. WYATT, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Winfield S. Overton against George Wyatt. No opinion. Motion to open default (supra) granted, without costs, and case placed on the April calendar, to be argued when reached.

OWEN, Respondent, v. STILWELL, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Marie L. B. Owen against Arthur E. Stilwell. H. D. Estabrook, for appellant. J. A. Cantor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PALMER v. BOK. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Harry C. Palmer against Gustav Bok. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

PALMER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Warren Palmer against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $18,000, in which event, the judgment, as modified, and order, are unanimously affirmed, without costs.

PALMER & SINGER MFG. CO., Respondent, v. BARNEY ESTATE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by the Palmer & Singer Manufacturing Company against the Barney Estate Company. W. E. Hope, for appellant. J. N. Emley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PARK, Appellant, v. WARSAW–WILKINSON CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Roswell Park against the Warsaw-Wilkinson Company. No opinion. Order affirmed, with costs.

In re PASCAL. (Supreme Court, Appellate Division, First Department. January 13, 1911.) In the matter of Isidore L. Pascal. No opinion. Application granted. Settle order on notice. See, also, 137 App. Div. 921, 121 N. Y. Supp. 1141.

In re PATTERSON. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) In the matter of John F. Patterson, an attorney and counselor at law. PER CURIAM. Upon the petition of the Bar Association of Erie County, the said John F. Patterson appearing and admitting the allegations of the petition, it is ordered that said John F. Patterson be removed from his office of attorney and counselor at law and forbidden to practice in any of the courts of this state, and his name stricken from the roll of attorneys and counselors of the Supreme Court.

PATTERSON v. VIVIAN. (Supreme Court, Appellate Division, First Department. November, 1910.) Action by John F. Patterson, as trustee, against Susan L. Vivian, individually etc. No opinion. Motion granted. Memorandum per curiam. Settle order on notice. See, also, 137 App. Div. 596, 122 N. Y. Supp. 347.

PAYNE, Respondent, v. NEW YORK, S. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by James W. Payne against the New York, Susquehanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified as proposed by the appellant. See, also, 125 N. Y. Supp. 1011.

PEARCE, Respondent, v. STACE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Carrie W. Pearce against William A. Stace.